FILED

03/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0533

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
SUPREME COURT CAUSE NO. DA 19-0533

NATIONAL INDEMNITY COMPANY,

          Plaintiff and Appellant,

  *vs*.

STATE OF MONTANA,

          Defendant and Appellee,

  *and*

TERRY JELLESED, et al.,

          Intervenors.

**ORDER ALLOWING COMPLEX INSURANCE CLAIMS LITIGATION ASSOCIATION AND AMERICAN PROPERTY CASUALTY INSURANCE ASSOCIATION TO APPEAR AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF-APPELLANT**

Proposed *amici curiae* the Complex Insurance Claims Litigation Association ("CICLA") and the American Property Casualty Insurance Association ("APCIA") having moved for an Order allowing them to appear as *Amici Curiae* in support of Plaintiff-Appellant, with no objection and the standards for allowing such appearance being met the Court Orders as follows:

IT IS HERBY ORDERED that CICLA and APCIA may appear in this matter as *Amici Curiae*; and

IT IS FURTHER ORDERED that CICLA and APCIA may file their *Amici Curiae* Brief on or before **March 16, 2020**.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this _____ day of March, 2020.

_____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 6 2020